**No. 09-6241. Srinivas V. Vadde, Petitioner v. Georgia.**

559 U.S. 998, 130 S. Ct. 1756, 176 L. Ed. 2d 224, 2010 U.S. LEXIS 2268.

March 8, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1117, 130 S. Ct. 1051, 175 L. Ed. 2d 892, 2010 U.S. LEXIS 149.